Christopher Beyer, SBN 213264
In-House Counsel for Credit Solutions Corp.
5454 Ruffin Rd., Ste. 200
San Diego, CA 92123
(858)467-7272
Email: beychr@creditsolutionscorp.com


Attorney for Defendant,
CREDIT SOLUTIONS CORP.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| MIGUEL MENDOZA, | CASE NO. : 2:14-cv-03131 |
|---|---|
| Plaintiff, | **NOTICE OF REMOVAL OF ACTION** |
| vs. | |
| CREDIT SOLUTIONS CORP. | |
| Defendants. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant, CREDIT SOLUTIONS CORP. ("Defendant"), whose principal place of business is in San Diego, California, hereby removes to this Court the state court action described below.

1.      On March 26, 2014, a complaint was filed against Defendant by Plaintiff, MIGUEL MENDOZA ("Plaintiff"), alleging claims of violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, in an action pending in the Superior Court of the State of California in and for the County of Los Angeles, entitled Miguel Mendoza v. Credit Solutions

Corp., original case no. 14K04325.  A copy of the original state court Summons and Complaint, and other documents related to Plaintiff's original pleading are attached hereto as Exhibit "A."

2.     This removal petition is timely under 28 U.S.C. § 1446(b) since Defendant was served with the Summons and Complaint on April 1, 2014.  Defendant CREDIT SOLUTIONS CORP. is the only Defendant listed on the Complaint.

3.     This action is a civil action of which the Court has original jurisdiction under 28 U.S.C. § 1331 and which may be removed to this Court by Defendant pursuant to provisions of 28 U.S.C. § 1441 in that the Complaint alleges claims against Defendant that arises under federal law.  See Exhibit "A" (Complaint).

4.     Plaintiff's complaint contains a cause of action for alleged violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, et. seq.  Plaintiff admits on the face of the Complaint that it is based upon and arises under various sections of the FDCPA. Plaintiff's Complaint is also filled with citations to, and reliance on, various sections of the FDCPA.  See Exhibit "A" (Complaint ¶¶ 1, 2, 3. 8, 9 and 12).

5.     The United States Supreme Court has held that "in certain cases federal-question jurisdiction will lie over state-law claims that implicate significant federal issues," therefore "a federal court ought to be able to hear claims recognized under state law that nonetheless turn on questions of federal law." (*Grable & Sons Metal Products, Inc. v. Darue Eng'g & Mfg.*, 545 U.S. 308, 312 (2005).)  "[A] state-law claim could give rise to federal-question jurisdiction so long as it 'appears from the [complaint] that the right to relief depends upon the construction or application of [federal law].'" (*Id.* citing *Smith v. Kansas City Title & Trust Co.,* 255 U.S. 180, 199 (1921).)

6.    Plaintiff's Complaint contains a cause of action that is solely based on alleged violations of the FDCPA and thus "turns on substantial questions of federal law" within the meaning of *Grable & Sons Metal Products, Inc.* because it requires the determination of whether Defendant's conduct violations the alleged sections of the FDCPA. Therefore, jurisdiction in this Court is proper.

7.    The Complaint was filed in the Superior Court of the State of California, County of Los Angeles. Venue in the Western Division of the Central District is proper. (See 28 U.S.C. § 1441(a) [providing for removal "to the district court of the United States for the district and division embracing the place" where the state court action is pending]; 28 U.S.C. § 84(c)(2).)

8.    Defendant will promptly file a copy of this notice in the Superior Court of the State of California, County of Los Angeles. Defendant will also promptly serve a copy of this notice upon Plaintiff.

9.    Defendant is represented by the undersigned.

                                    Respectfully Submitted:
                                    Electronically Filed

DATED: April 23, 2014

                                    /s/ Christopher Beyer
                                    Christopher Beyer
                                    Attorney for Defendant
                                    Credit Solutions Corp.
                                    5454 Ruffin Rd., Ste. 200
                                    San Diego, CA 92123
                                    (858)467-7272
                                    beychr@creditsolutionscorp.com

NOTICE OF REMOVAL OF ACTION