**Todd M. Friedman (216752)**
**Nicholas J. Bontrager (252114)**
**Suren N. Weerasuriya (278512)**
**Law Offices of Todd M. Friedman, P.C.**
**369 S. Doheny Dr. #415**
**Beverly Hills, CA 90211**
**Phone: 877-206-4741**
**Fax: 866-633-0228**
**tfriedman@attorneysforconsumers.com**
**nbontrager@attorneysforconsumers.com**
**sweerasuriya@attorneysforconsumers.com**
**Attorney for Plaintiff**

**Christopher Beyer, SBN 213264**
**In-House Counsel for Credit Solutions Corp.**
**5454 Ruffin Rd., Ste. 200**
**San Diego, CA 92123**
**(858)467-7272**
**Email: beychr@creditsolutionscorp.com**

**Attorney for Defendant,**
**CREDIT SOLUTIONS CORP.**

**UNITED STATES DISTRICT COURT,**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIGUEL MENDOZA,         ) | **Case No.: 2:14-cv-03131−MMM−JCG** |
|                         ) | |
|         Plaintiff,      ) | |
|                         ) | |
|     v.                  ) | **NOTICE OF SETTLEMENT** |
|                         ) | |
| CREDIT SOLUTIONS CORP., ) | |
|                         ) | |
|         Defendant       ) | |
|                         ) | |

**To the Honorable Court:**

Please take notice that on or about June 10, 2014, the above-matter settled. The parties have entered into a settlement whose terms and conditions cannot be fully finalized and met

until September 30, 2014. Thus, the parties request that the Court give the parties until at least October 01, 2014, to file a dismissal of this case with prejudice.

                                      RESPECTFULLY SUBMITTED,

DATED:  June 13, 2014          Law Offices of Todd Friedman, P.C.

                            By: /s/Todd M. Friedman

                            Attorney for Plaintiff

DATED:  June 13, 2014

                            By: /s/ Christopher Beyer

                            Christopher Beyer,
                            Attorney for Defendant