# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MIGUEL MENDOZA,** | Case No. 2:14-cv-03131−MMM−JCG |
| Plaintiff, | **ORDER** |
| vs. | |
| **CREDIT SOLUTIONS CORP.,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Date: December 10, 2014

_____
The Honorable Margaret M. Morrow

Order to Dismiss - 1